IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01455-BNB

MAEGHAN DODGE, an individual in the Colorado Department of Corrections and for and on behalf of a Protected class of inmates,

Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF CORRECTIONS,
JOE ORTEZ,
JOAN SHOEMAKER,
JAMES FRINGER,
ROBERT THIEDE, Jr.,
DEBRA AHLIN,
WILLIAM BOKROS,
RICHARD HATCH,
MARK ALTHOLE,
DANIEL DUPRIEST,
JOE MORALES,
JOAN DOES 1 THROUGH X, and
JOHN DOES 1 THROUGH X,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Maeghan Dodge, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. She initiated this action by submitting to the Court, through counsel, a Prisoner Complaint. She also submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on July 11,

Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Ms. Dodge to cure certain deficiencies in the case within thirty days if she wished to pursue his claims.

The July 11, 2008, order pointed out that Ms. Dodge failed to use the proper, Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and that she failed to submit a certified copy of her trust fund account statement for the six-month period immediately proceeding this filing. The order warned Ms. Dodge that if she failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On July 22, 2008, Magistrate Judge Boyd N. Boland denied Ms. Dodge's motion for substitution of counsel because Ms. Dodge's current counsel had not withdrawn her appearance pursuant to D.C.COLO.LCivR 83.3D.

Ms. Dodge has failed within the time allowed to comply with the July 11, 2008, order to cure. Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The July 22, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a copy of her trust fund account statement certified by the appropriate prison official at the La Vista Correctional Facility, Ms. Dodge has failed to cure all the deficiencies listed in the July 11 order within the time

2

allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01455-BNB

Meaghan Anne Dodge
a/k/a Anne Lawlor
Prisoner No. 123998
La Vista Corr. Facility
1401 W. 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk